Montgomery Bank and Trust Company, Respondent, *v.* Richard W. Jones, Jr., et al., Appellants.

*Bills, notes and checks — action on two promissory notes — defense that sufficient had been realized from collateral to pay same.*

*Montgomery Bank & Trust Co.* v. *Jones,* 182 App. Div. 252, affirmed.

(Argued December 7, 1920; decided December 31, 1920.) ·

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1918, modifying and affirming as modi-

fied a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon two promissory notes, together with reasonable attorney's fees and costs of collection. The answer sets up as a separate defense the giving of collateral security and the realization thereon by plaintiff of an amount more than sufficient to pay the notes.

*Charles A. Winter* for appellants.

*James S. Johnson* and *Erskine B. Essig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.